UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

HARFORD MUTUAL INSURANCE COMPANY,　:
　　　　　　　　　　　　　　　　　:
　　　　　Plaintiff,　　　　　　　:
　　　　　　　　　　　　　　　　　:
　　　　　v.　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　:
Z&D REALTY, LLC, DENNIS COSBY,　　:
EUGENE COSBY, TERRY R. MAYES, ZIGGY :
DOBKOWSKI, DIANE DOBKOWSKI and　　:
RAHEEM McCLENDON,　　　　　　　　 :
　　　　　　　　　　　　　　　　　:
　　　　　Defendants.　　　　　　　:
And　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　:　　　Civil Action No.
Z&D REALTY, LLC, LANDIS PIG ROAST, :
LLC, GRANT PLAZA, LLC and ZIGGY　　:　　　1:19-cv-01583 (RMB-KMW)
DOBKOWSKI and DIANE DOBKOWSKI,　　 :
　　　　　　　　　　　　　　　　　:　　　**STIPULATION OF DISMISSAL**
　　　　　Defendants/　　　　　　　:　　　　　**WITH PREJUDICE**
　　　　　Counterclaimants/　　　　:　　　　**AS TO ALL PARTIES**
　　　　　Third-Party Plaintiffs,　:
　　　　　　　　　　　　　　　　　:
　　　　　v.　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　:
BIONDI INSURANCE AGENCY, INC.,　　 :
ANATOLIY SAKHAN, THE MARTIN　　　　:
INSURANCE AGENCY, INC. and DONALD　:
REIGHN,　　　　　　　　　　　　　 :
　　　　　　　　　　　　　　　　　:
　　　　　Third-Party Defendants.　:
　　　　　　　　　　　　　　　　　:

Louis Niedelman, Esquire
(New Jersey 254601969)
COOPER LEVENSON, P.A.
1125 Atlantic Avenue - 3rd Floor
Atlantic City, NJ 08401
Telephone: (609) 572-7474
Facsimile: (609) 572-7475
Mobile Phone: (609) 338-9525
Attorney for Plaintiff
HARFORD MUTUAL INSURANCE COMPANY
File 60696-19

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| FIRSTLINE NATIONAL INSURANCE COMPANY,<br><br>  Plaintiff,<br><br>  v.<br><br>LANDIS PIG ROAST, LLC, DENNIS COSBY, EUGENE COSBY, TERRY R. MAYES, ZIGGY DOBKOWSKI, DIANE DOBKOWSKI and RAHEEM McCLENDON,<br><br>  Defendants,<br><br>And<br><br>Z&D REALTY, LLC, LANDIS PIG ROAST, LLC, GRANT PLAZA, LLC and ZIGGY DOBKOWSKI and DIANE DOBKOWSKI,<br><br>  Defendants/<br>  Counterclaimants/<br>  Third-Party Plaintiffs,<br><br>  v.<br><br>BIONDI INSURANCE AGENCY, INC., ANATOLIY SAKHAN, THE MARTIN INSURANCE AGENCY, INC. and DONALD REIGHN,<br><br>  Third-Party Defendants. | Civil Action No.<br><br>**1:19-cv-01627 (RMB-KMW)**<br><br>**STIPULATION OF DISMISSAL**<br>**WITH PREJUDICE**<br>**AS TO ALL PARTIES** |

Louis Niedelman, Esquire<br>
(New Jersey 254601969)<br>
COOPER LEVENSON, P.A.<br>
1125 Atlantic Avenue - 3rd Floor<br>
Atlantic City, NJ 08401<br>
Telephone: (609) 572-7474<br>
Facsimile: (609) 572-7475<br>
Mobile Phone: (609) 338-9525<br>
Attorney for Plaintiff,<br>
FIRSTLINE NATIONAL INSURANCE COMPANY<br>
Our File #60,696-19

CLAC 7293486.1

The matters in difference in the above entitled actions having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that these lawsuits and all crossclaims are dismissed with prejudice and without costs against all parties.

Dated: January 25, 2023.

COOPER LEVENSON, P.A.

By: _____
LOUIS N IEDELMAN, ESQUIRE
*Attorneys for Plaintiff, Harford Mutual Ins. Co. and Firstline National Ins. Co.*

Dated: January 26, 2023

JACOBS & BARBONE, P.A.

By: _____
LOUIS A. BARBONE, ESQUIRE
*Attorneys for Defendants-third party plaintiffs, Z&D Realty, LLC, Landis Pig Roast, LLC, Ziggy Dobkowski and Diane Dobkowski*

Dated: January 26, 2023

FOLEY & MANSFIELD, PLLP

By: _____
STEPHEN NOVAKIDIS, ESQUIRE
*Attorneys for third party defendants, The Martin Insurance Agency and Donald Reighn*

Dated: January ____, 2023

MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN

By: _____
LAWRENCE B. BERG, ESQUIRE
*Attorneys for third party defendants, Biondi Insurance Agency, Inc. and Anatoliy Sakhan*

Dated: January ____, 2023

The matters in difference in the above entitled actions having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that these lawsuits and all crossclaims are dismissed with prejudice and without costs against all parties.

Dated: January 25, 2023.

COOPER LEVENSON, P.A.

By: _____
LOUIS NIEDELMAN, ESQUIRE
*Attorneys for Plaintiff,
Harford Mutual Ins. Co.
and Firstline National
Ins.Co.*

Dated: January 26, 2023

JACOBS & BARBONE, P.A.

By: _____
LOUIS A. BARBONE, ESQUIRE
*Attorneys for Defendants-
third party plaintiffs, Z&D
Realty, LLC, Landis Pig
Roast, LLC, Ziggy Dobkowski
and Diane Dobkowski*

Dated: January ___, 2023

FOLEY & MANSFIELD, PLLP

By: _____
STEPHEN NOVAKIDIS, ESQUIRE
*Attorneys for third party
defendants, The Martin
Insurance Agency and Donald
Reighn*

Dated: January ___, 2023

MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN

By: _____
LAWRENCE B. BERG, ESQUIRE
*Attorneys for third party
defendants, Biondi
Insurance Agency, Inc. and
Anatoliy Sakhan*

Dated: January ___, 2023

3

CLAC 7293486.1

The matters in difference in the above entitled actions having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that these lawsuits and all crossclaims are dismissed with prejudice and without costs against all parties.

Dated: January 25, 2023.

COOPER LEVENSON, P.A.

By: _____
LOUIS NIEDELMAN, ESQUIRE
Attorneys for Plaintiff,
Harford Mutual Ins. Co.
and Firstline National Ins. Co.

Dated: January 26, 2023

JACOBS & BARBONE, P.A.

By: _____
LOUIS A. BARBONE, ESQUIRE
Attorneys for Defendants-
third party plaintiffs, Z&D
Realty, LLC, Landis Pig
Roast, LLC, Ziggy Dobkowski
and Diane Dobkowski

Dated: January ____, 2023

FOLEY & MANSFIELD, PLLP

By: _____
STEPHEN NOVAKIDIS, ESQUIRE
Attorneys for third party
defendants, The Martin
Insurance Agency and Donald
Reighn

Dated: January ____, 2023

MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN

By: _____
LAWRENCE B. BERG, ESQUIRE
Attorneys for third party
defendants, Biondi
Insurance Agency, Inc. and
Anatoliy Sakhan

Dated: January 27, 2023